UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J. ELIZABETH SANTOS and GLORIA P. SANTOS, Trustees of the GHS Living Trust,<br><br>Plaintiffs,<br><br>v.<br><br>FIDELITY NATIONAL TITLE INSURANCE COMPANY, as successor to American Title Insurance Company,<br><br>Defendant. | Case No.: 24cv2069-GPC(MSB)<br><br>**ORDER DISSOLVING ORDER TO SHOW CAUSE WHY THE CASE SHOULD NOT BE DISMISSED FOR LACK OF SUBJECT MATTER JURISDICTION AND GRANTING PLAINTIFFS LEAVE TO FILE AN AMENDED COMPLAINT** |

On November 8, 2024, the Court issued an order to show cause why the case should not be dismissed for lack of subject matter jurisdiction because Plaintiffs had not alleged the specific amount in controversy to satisfy the $75,000 threshold for diversity jurisdiction. (Dkt. No. 4.) The complaint alleges Defendant has breached the terms of the title insurance policy and seeking declaratory judgment of a duty to defend, breach of contract, an d bad faith. (Dkt. No. 1, Compl.) As to damages, Plaintiffs will be seeking the costs they have already incurred in defending the Quiet Title Lawsuit. (Dkt. No. 5 at 2.) On November 14, 2024, Plaintiffs filed a response stating that the defense costs in the

1  underlying Quiet Title Lawsuit have already exceeded $150,000 and are expected to
2  increase.  (*Id.*)
3        Because Plaintiffs have explained that the amount in controversy exceeds $75,000,
4  the Court DISSOLVES the order to show cause and GRANTS Plaintiffs leave to file an
5  amended complaint alleging the specific amount in controversy to satisfy diversity
6  jurisdiction within three days of the filing of this order.  *See St. Paul Mercury Indem. Co.*
7  *v. Red Cab Co.*, 303 U.S. 283, 288, 291-92 (1938); *Rilling v. Burlington N. R. Co.,* 909
8  F.2d 399, 400 (9th Cir. 1990) (citing *Citizen's Comm. to Save the Land Grant Railroads*
9  *v. Burlington N., Inc.*, 708 F.2d 1430, 1435 (9th Cir. 1983) (granting dismissal for failing
10 to allege the "dollar value of the amount in controversy.").
11       IT IS SO ORDERED.
12 Dated:  November 19, 2024

Hon. Gonzalo P. Curiel
United States District Judge